# MEMORANDUM DECISIONS.

ADRIANCE, PLATT & CO. v. NATIONAL HARROW CO. et al. (Circuit Court of Appeals, Second Circuit. May 5, 1900.) No. 160. Appeal from the Circuit Court of the United States for the Southern District of New York. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. This appeal must be dismissed, because an order overruling a demurrer and giving the defendant leave to answer is not a final decision. See (C. C.) 98 Fed. 118.

CITY OF NEW ORLEANS v. WARNER et al.[1] (Circuit Court of Appeals, Fifth Circuit. May 1, 1900.) No. 928. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. Branch K. Miller and Saml. E. Gilmore, for appellant. Richard De Gray, Wm. Grant, and John D. Rouse, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. All the questions raised on this appeal have been settled adversely to the appellant in the protracted litigation of this case. See Warner v. City of New Orleans, 167 U. S. 467, 17 Sup. Ct. 892, 42 L. Ed. 239; Id., 59 U. S. App. 131, 31 C. C. A. 238, 87 Fed. 829; and City of New Orleans v. Warner, 175 U. S. 120, 20 Sup. Ct. 280, Adv. S. U. S. 280, 44 L. Ed. ——. It follows that the decree of the circuit court herein appealed from must be affirmed, and it is so ordered, with costs, but no damages.

CONSOLIDATED FASTENER CO. v. BRADT et al. (Circuit Court of Appeals, Second Circuit. February 28, 1900.) No. 92. Appeal from the Circuit Court of the United States for the Northern District of New York. This is an appeal from an order granting a preliminary injunction. Charles E. Mitchell, for appellants. John R. Bennett, for appellee. Before LACOMBE and SHIPMAN, Circuit Judges.

PER CURIAM. The questions presented on this appeal are in all respects the same as those discussed in Fastener Co. v. Hays (decided to-day) 100 Fed. 984, the infringing fastener being identical. For the reasons expressed in opinion in the Hays Case, the order appealed from is affirmed, with costs.

COUCH et al. v. LITTLE EMILY MIN. & MILL. CO. (Circuit Court of Appeals, Ninth Circuit. May 14, 1900.) No. 609. In Error to the Circuit Court of the United States for the Northern District of California. R. S. Minor, for defendant in error. Dismissed pursuant to the sixteenth rule.

COYNE, Collector, v. MANHATTAN BREWING CO. (Circuit Court of Appeals, Seventh Circuit. June 15, 1900.) No. 650. In Error to the Circuit Court of the United States for the Northern District of Illinois. Solomon H. Bethea, for plaintiff in error. Levy Mayer, for defendant in error. Before WOODS and JENKINS, Circuit Judges, and BUNN, District Judge.

PER CURIAM. This case is not essentially different from that of Nunn v. Brewing Co., 40 C. C. A. 190, 99 Fed. 939, recently decided by the United States circuit court of appeals for the Sixth circuit. The judgment below is affirmed.

[1] Rehearing denied May 9, 1900.